CARROLL E. PEIFFER, SBN 179840
Attorney at Law
The Historic McCoy House, 216 5th Street
Marysville, CA 95901
(530)749-9538
e-mail: peiffer_carroll@att.net

Attorneys for Plaintiffs

## U.S. DISTRICT COURT OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| JILL MOLARIS, J.P., a minor, and M.P., a minor, by and through their guardian ad litem, MARK WOODS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SIERRA, a California Municipality, SIERRA COUNTY DEPT. OF HUMAN SERVICES/SOCIAL SERVICES DEPARTMENT, a government agency organized and existing pursuant to the law and policy of the COUNTY OF SIERRA, CAROL ROBERTS, Director of the DEPT. OF HUMAN SERVICES, JAMES CURTIS, JAMES MARKS, JODI BENSON, and DOES 1-25,<br><br>Defendants. | CASE NO.: 2:11-CV-01565-WBS-KJN<br>ORDER APPOINTING GUARDIAN AD LITEM |

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the minor children J.P and M.P. as requested.

//

//

-1-

1  //

2        THE COURT ORDERS that MARK WOODS is hereby appointed as the guardian ad litem for J.P.
3  and M.P. for the reasons set forth in the Ex Parte Application for Order for Appointment of Guardian Ad
4  Litem.

6  Dated: September 8, 2011

          WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE

-2-