**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for COUNTY OF SIERRA, SIERRA COUNTY DEPT. OF HUMAN SERVICES/SOCIAL SERVICES DEPARTMENT, a government agency organized and existing pursuant to the law and policy of the COUNTY OF SIERRA, CAROL ROBERTS, Director of the DEPT. OF HUMAN SERVICES, JAMES CURTIS, JAMES MARKS, JODI BENSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MOLARIS, J.P., a minor, and M.P., a minor, by and through their guardian ad litem, MARK WOODS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SIERRA, a California Municipality, SIERRA COUNTY DEPT. OF HUMAN SERVICES/SOCIAL SERVICES DEPARTMENT, a government agency organized and existing pursuant to the law and policy of the COUNTY OF SIERRA, CAROL ROBERTS, Director of the DEPT. OF HUMAN SERVICES, JAMES CURTIS, JAMES MARKS, JODI BENSON, and DOES 1-25,<br><br>Defendants. | Case No. 2:11-cv-01565-WBS-KJN<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS COMPLAINT; STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   June 10, 2011 |

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN to Plaintiffs and their attorney of record that Defendants COUNTY OF SIERRA, SIERRA COUNTY DEPT. OF HUMAN SERVICES/SOCIAL SERVICES DEPARTMENT, a government agency organized and existing pursuant to the law and policy of the COUNTY OF SIERRA, CAROL ROBERTS, Director of the DEPT. OF HUMAN SERVICES, JAMES CURTIS, JAMES MARKS and JODI BENSON ("Defendants") hereby withdraw their Motion to Dismiss the Complaint. Defendants base this withdrawal on the grounds that Plaintiffs

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1
NOTICE OF WITHDRAWAL OF MOTION TO DISMISS; STIPULATION AND ORDER
00954439.WPD   TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

have filed their First Amended Complaint and the Motion to Dismiss accordingly is moot. Said motion was noticed and to be heard by this Court on November 21, 2011, at 2:00 p.m.

DATED: November 7, 2011          PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                                 By ___/s/ Terence J. Cassidy___
                                    Terence J. Cassidy
                                    Kristina M. Hall
                                    Attorneys for Defendants

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs JILL MOLARIS, J.P., a minor, and M.P., a minor, by and through their Guardian ad Litem, MARK WOODS ("Plaintiffs") and Defendants COUNTY OF SIERRA, SIERRA COUNTY DEPT. OF HUMAN SERVICES/SOCIAL SERVICES DEPARTMENT, a government agency organized and existing pursuant to the law and policy of the COUNTY OF SIERRA, CAROL ROBERTS, Director of the DEPT. OF HUMAN SERVICES, JAMES CURTIS, JAMES MARKS and JODI BENSON ("Defendants"), by and through their undersigned counsel, that the time for Defendants to respond to Plaintiffs' First Amended Complaint shall be extended up to and including November 29, 2011.

DATED:

                                 ___/s/ Carroll E. Peiffer___ (authorized 11/4/11)
                                 Carroll E. Peiffer, Attorney for Plaintiffs
                                 JILL MOLARIS and J.P., a minor, and M.P., a minor,
                                 by and through their Guardian ad Litem, MARK
                                 WOODS


DATED: November 7, 2011          PORTER SCOTT
                                 A PROFESSIONAL CORPORATION



                                 By ___/s/ Terence J. Cassidy___
                                    Terence J. Cassidy
                                    Kristina M. Hall
                                    Attorneys for Defendants

/ / /

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1   IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, scheduled for
2 November 21, 2011, is vacated.
3   IT IS FURTHER ORDERED that Defendants respond to Plaintiffs' First Amended
4 Complaint no later than November 29, 2011.
5 DATED: November 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3
00954439.WPD
NOTICE OF WITHDRAWAL OF MOTION TO DISMISS; STIPULATION AND ORDER
TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT