**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for COUNTY OF SIERRA, SIERRA COUNTY DEPT. OF HUMAN SERVICES/SOCIAL SERVICES DEPARTMENT, a government agency organized and existing pursuant to the law and policy of the COUNTY OF SIERRA, CAROL ROBERTS, Director of the DEPT. OF HUMAN SERVICES, JAMES CURTIS, JAMES MARKS, JODI BENSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MOLARIS, J.P., a minor, and M.P., a minor, by and through their guardian ad litem, MARK WOODS,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SIERRA, a California Municipality, SIERRA COUNTY DEPT. OF HUMAN SERVICES/SOCIAL SERVICES DEPARTMENT, a government agency organized and existing pursuant to the law and policy of the COUNTY OF SIERRA, CAROL ROBERTS, Director of the DEPT. OF HUMAN SERVICES, JAMES CURTIS, JAMES MARKS, JODI BENSON, and DOES 1-25,<br><br>    Defendants.<br>_____/ | Case No. 2:11-cv-01565-WBS-KJN<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS COMPLAINT; STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   June 10, 2011 |

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN to Plaintiffs and their attorney of record that Defendants COUNTY OF SIERRA, SIERRA COUNTY DEPT. OF HUMAN SERVICES/SOCIAL SERVICES DEPARTMENT, a government agency organized and existing pursuant to the law and policy of the COUNTY OF SIERRA, CAROL ROBERTS, Director of the DEPT. OF HUMAN SERVICES, JAMES CURTIS, JAMES MARKS and JODI BENSON ("Defendants") hereby withdraw their Motion to Dismiss the Complaint. Defendants base this withdrawal on the grounds that Plaintiffs

1  have filed their First Amended Complaint and the Motion to Dismiss accordingly is moot. Said
2  motion was noticed and to be heard by this Court on November 21, 2011, at 2:00 p.m.
3  DATED: November 7, 2011            PORTER SCOTT
                                       A PROFESSIONAL CORPORATION

6                                      By    /s/ Terence J. Cassidy
                                             Terence J. Cassidy
7                                            Kristina M. Hall
                                             Attorneys for Defendants

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs JILL MOLARIS, J.P., a minor, and M.P., a minor, by and through their Guardian ad Litem, MARK WOODS ("Plaintiffs") and Defendants COUNTY OF SIERRA, SIERRA COUNTY DEPT. OF HUMAN SERVICES/SOCIAL SERVICES DEPARTMENT, a government agency organized and existing pursuant to the law and policy of the COUNTY OF SIERRA, CAROL ROBERTS, Director of the DEPT. OF HUMAN SERVICES, JAMES CURTIS, JAMES MARKS and JODI BENSON ("Defendants"), by and through their undersigned counsel, that the time for Defendants to respond to Plaintiffs' First Amended Complaint shall be extended up to and including November 29, 2011.

DATED:

           /s/ Carroll E. Peiffer    (authorized 11/4/11)
Carroll E. Peiffer, Attorney for Plaintiffs
JILL MOLARIS and J.P., a minor, and M.P., a minor,
by and through their Guardian ad Litem, MARK
WOODS

DATED: November 7, 2011            PORTER SCOTT
                                   A PROFESSIONAL CORPORATION

                                   By    /s/ Terence J. Cassidy
                                         Terence J. Cassidy
                                         Kristina M. Hall
                                         Attorneys for Defendants

/ / /

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
00954439.WPD    NOTICE OF WITHDRAWAL OF MOTION TO DISMISS; STIPULATION AND ORDER
                TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, scheduled for November 21, 2011, is vacated.

IT IS FURTHER ORDERED that Defendants respond to Plaintiffs' First Amended Complaint no later than November 29, 2011.

DATED: November 7, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3

00954439.WPD

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS; STIPULATION AND ORDER
TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT